UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIMMIE EARL JONES,

Plaintiff,

v.

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES, et al.,

Defendants.

Case No. 25-cv-09810-NW

**ORDER SCREENING COMPLAINT,
DISMISSING WITH PREJUDICE, AND
DENYING PENDING MOTIONS**

Re: ECF Nos. 3, 5

Plaintiff Jimmie Earl Jones, a state prisoner, filed a pro se civil rights complaint under 42 U.S.C. § 1983 and multiple motions to proceed *in forma pauperis*. *See* ECF Nos. 1, 3, 5. The Complaint is now before the Court for screening pursuant to 28 U.S.C. § 1915A(a). For the reasons set forth below, the Court **DISMISSES** the Complaint with prejudice as duplicative and **DENIES** Jones' motions.

Upon review of the Complaint, which is an identical copy of the Complaint filed weeks earlier in *Jones v. Murphey*, No. 25-cv-08891-NW (N.D. Cal., filed Oct. 16, 2025), the Court concludes that this Complaint is duplicative. This is the third such duplicative complaint filed by Jones. *See Jones v. Murphey*, No. 24-cv-07831-NW (N.D. Cal., filed Oct. 31, 2024); *Jones v. Estupian*, No. 25-cv-08892 (N.D. Cal., filed Oct. 16, 2025).

An *in forma pauperis* complaint that merely repeats pending or previously litigated claims may be considered abusive under 28 U.S.C. § 1915. *Cato v. United States,* 70 F.3d 1103, 1105 n.2 (9th Cir. 1995). An *in forma pauperis* complaint repeating the same factual allegations asserted in an earlier case—as Jones has filed here—is therefore subject to dismissal as abusive and duplicative. *Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988). Accordingly, this case is **DISMISSED** with prejudice as duplicative of the claims and allegations raised in his earlier case.

United States District Court
Northern District of California

Any further duplicative or frivolous actions may result in the application of 28 U.S.C. § 1915(g), which will prevent him from proceeding *in forma pauperis* in any future civil actions or appeals unless he can show he is "under imminent danger of serious physical injury."

**I.   CONCLUSION**

The Court orders as follows:

1. The Complaint is **DISMISSED WITH PREJUDICE** as duplicative.

2. Jones' requests to proceed *in forma pauperis* are **DENIED**. *See* ECF Nos. 3, 5.

3. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 27, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California

2