UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIMMIE EARL JONES,

Plaintiff,

v.

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES, et al.,

Defendants.

Case No. 25-cv-09810-NW

**JUDGMENT**

Pursuant to the dismissal order filed earlier today, this matter is **DISMISSED WITH PREJUDICE** as duplicative.

**IT IS SO ORDERED.**

Dated: February 27, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California